### GAMEL v. STATE. (No. 7145.)

(Court of Criminal Appeals of Texas. June 21, 1922.)

Criminal law ⊚⟞1131(1)—Appeal dismissed upon defendant's verified request to withdraw.

Defendant's appeal will be dismissed where his verified request to withdraw appeal is found in the record.

Appeal from District Court, Taylor County; W. R. Ely, Judge.

E. B. Gamel was convicted for assault with intent to murder, and appeals. Appeal dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for assault with intent to murder. Punishment fixed at confinement in the penitentiary for a period of five years.

A duly verified request of the appellant that he be permitted to withdraw his appeal is found in the record. The appeal is accordingly dismissed.

---

### FREEMAN v. STATE. (No. 7083.)

(Court of Criminal Appeals of Texas. June 21, 1922.)

Criminal law ⊚⟞1144(14)—Where record contains no charge, assumed that none was given.

Where no written charge appears in the record, it will be assumed that no charge was given, and that this was satisfactory to appellant.

Appeal from Harris County Court at Law; John W. Lewis, Judge.

P. D. Freeman was convicted of wife and child desertion, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the county court at law of Harris county of wife and child desertion, and his punishment fixed at a fine of $100 and confinement in the county jail for 30 days.

There appears in the record neither a statement of facts nor bills of exception. The information appears to properly charge a violation of the law, and there appears in the record no written charge, in which case we are forced to conclude that no charge was given and that this was satisfactory to the appellant.

Finding no error in the record, the judgment of the trial court will be affirmed.